1  A. DANIEL BACALSKI, JR., ESQ. (SB #056488)
   PAUL C. JOHNSON, JR., ESQ. (SB #189311)
2  DOUGLAS A. DUBÉ, ESQ. (SB #177674)
   **BACALSKI, KOSKA & OTTOSON, LLP**
3  402 West Broadway, 24th Floor
   P.O. Box 120270
4  San Diego, CA 92112-0270
   619-239-4340/Fax 619-239-0116
5
   Attorneys for Defendants Zenith Capital, LLC;
6  Tasker Cooper Smith/Zenith Group, LLC;
   Rick Tasker; M. Jed Cooper; and M. Gregg Smith
7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10  EDMOND BEDROSSIAN and JASMINE      )   Case No. C 04 3112 MMC
    BEDROSSIAN, individually and as Co-  )   ORDER APPROVING
11  trustees of the EDMOND BEDROSSIAN &  )   **STIPULATION FOR TELEPHONIC**
    JASMINE BEDROSSIAN FAMILY TRUST,   )   **APPEARANCE FOR CASE**
12                                     )   **MANAGEMENT CONFERENCE**
                  Plaintiffs,          )
13                                     )
                                       )   CTRM:        7
14       v.                            )   DATE:        June 17, 2005
                                       )   TIME:        10:30 A.M.
15  RICHARD TASKER, ZENITH CAPITAL LLC, )
    TASKER COOPER SMITH/ZENITH GROUP   )   Complaint Filed:    July 30, 2004
16  LLC, JED COOPER, GREGORY SMITH, and )   Trial Date:         None Set
    WEALTH MANAGEMENT CONSULTANTS,     )
17  LLC,                               )
                                       )
18                Defendants.          )
    _____)

19          TO THE COURT AND ALL INTERESTED PERSONS:

20          PLEASE TAKE NOTICE THAT all the parties remaining in this action hereby stipulate

21  to appear telephonically for the Case Management Conference scheduled to take place at

22  10:30 a.m. on June 17, 2005 in Courtroom 7 of the above-captioned case.  All parties so

23  stipulate, and shall appear for the Case Management Conference, by and through their

24  respective counsel.

25  / / /

26  / / /

27  / / /

28  / / /

BACALSKI, KOSKA & OTTOSON
402 West Broadway, 24th Floor
Post Office Box 270
San Diego, CA 92112-0270
(619) 239-4340

1

STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

1    This Stipulation may be executed in one or more counterparts, all of which together

2  shall constitute one and the same instrument.  A facsimile signature shall be deemed an

3  original for purposes of this Stipulation.

4

5  **IT IS SO STIPULATED.**

6  DATED: June 9 , 2005    BACALSKI, KOSKA & OTTOSON, LLP

7

8             _Paul Johnson_

9             A. Daniel Bacalski, Jr., Esq.
              Attorneys for defendants Zenith Capital LLC, Tasker

10            Cooper Smith/Zenith Group LLC, Richard Tasker, M.
             Jed Cooper, and M. Gregg Smith

11

12  DATED: June ___, 2005    JACOBS, SPOTSWOOD, CASPER & MURPHY

13

14

15             Gerald M. Murphy, Esq.
              Attorneys for plaintiffs Edmond Bedrossian and Jasmine

16            Bedrossian, individually and as Co-trustess of the
             Edmond Bedrossian & Jasmine Bedrossian Family Trust

17

18

19

20

21

22

23

24

25

26

27

28

BACALSKI, KOSKA & OTTOSON
402 West Broadway, 24th Floor
Post Office Box 270
San Diego, CA 92112-0270
(619) 239-4340

2

STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

1    This Stipulation may be executed in one or more counterparts, all of which together

2  shall constitute one and the same instrument.  A facsimile signature shall be deemed an

3  original for purposes of this Stipulation.

4

5  **IT IS SO STIPULATED.**

6  DATED: June ___, 2005          BACALSKI, KOSKA & OTTOSON, LLP

7

8                                _____

9                                A. Daniel Bacalski, Jr., Esq.
                                 Attorneys for defendants Zenith Capital LLC, Tasker
                                 Cooper Smith/Zenith Group LLC, Richard Tasker, M.

10                               Jed Cooper, and M. Gregg Smith

11

12  DATED: June 9, 2005          JACOBS, SPOTSWOOD, CASPER & MURPHY

13

14                                _____

15                                Gerald M. Murphy, Esq.
                                 Attorneys for plaintiffs Edmond Bedrossian and Jasmine
                                 Bedrossian, individually and as Co-trustess of the

16                               Edmond Bedrossian & Jasmine Bedrossian Family Trust

17

18

19

20

21

22                               IT IS SO ORDERED
                                 Judge Maxine M. Chesney

23

24  Dated: June 15, 2005

25

26

27

28

STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE