1  Gerald M. Murphy, State Bar No. 99994
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
3  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
4  E-Mail:    gmurphy@luce.com

5  Attorneys for Plaintiffs EDMOND BEDROSSIAN
   and JASMINE BEDROSSIAN, individually and as
6  Co-Trustees of the EDMOND BEDROSSIAN &
   JASMINE BEDROSSIAN FAMILY TRUST

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 | EDMOND BEDROSSIAN                         | Case No. C 04 3112 MMC
   | and JASMINE BEDROSSIAN, individually      |
12 | and as Co-Trustees of the EDMOND          |
   | BEDROSSIAN & JASMINE BEDROSSIAN           | **ORDER TO ADMINISTRATIVE CLERK
13 | FAMILY TRUST,                             | TO REMOVE E-FILING OF
   |                                           | PLAINTIFFS' SETTLEMENT
14 |     Plaintiffs,                           | CONFERENCE STATEMENT**

15 | v.

16 | RICHARD TASKER, ZENITH CAPITAL
   | LLC, TASKER COOPER SMITH/ZENITH
17 | GROUP LLC, JED COOPER, GREGORY
   | SMITH and WEALTH MANAGEMENT
18 | CONSULTANTS

19 |     Defendants

20

21     TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

22     Plaintiffs' mistakenly e-filed a Settlement Conference Statement on April 11, 2006 and

23  request that the Court order the Administrative Clerk to remove this e-filing from the docket.

24     **IT IS SO ORDERED.**

25  Dated:   April 13, 2006

26                                        _____
                                          HONORABLE MAXINE M. CHESNEY
27                                        UNITED STATES DISTRICT COURT

28

                                                       1                    Case No. C 04 3112 MMC
   [Proposed] ORDER TO ADMINISTRATIVE CLERK TO REMOVE E-FILING OF PLAINTIFFS' SETTLEMENT
                              CONFERENCE STATEMENT