A. DANIEL BACALSKI, JR., ESQ. (SB #056488)
PAUL C. JOHNSON, JR., ESQ. (SB #189311)
DOUGLAS A. DUBÉ, ESQ. (SB #177674)
**BACALSKI & OTTOSON, LLP**
402 West Broadway, 24th Floor
P.O. Box 120270
San Diego, CA 92112-0270

619-239-4340/Fax 619-239-0116qq

**E-FILING**

Attorneys for Defendants ZENITH CAPITAL, LLC;
TASKER COOPER SMITH/ZENITH GROUP, LLC;
RICK TASKER; JED COOPER; and GREGG SMITH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND BEDROSSIAN and JASMINE BEDROSSIAN, individually and as Co-trustees of the EDMOND BEDROSSIAN & JASMINE BEDROSSIAN FAMILY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD TASKER, ZENITH CAPITAL LLC, TASKER COOPER SMITH/ZENITH GROUP LLC, JED COOPER, GREGORY SMITH, and WEALTH MANAGEMENT CONSULTANTS, LLC,<br><br>Defendants. | Case No. C 04 3112 MMC<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** AND ORDER THEREON<br><br>DATE: May 26, 2006<br>TIME: 10:30 a.m.<br>CTRM: 7, 19th Floor<br>JUDGE: Hon. Maxine M. Chesney |

Counsel for Defendants Zenith Capital, LLC, Tasker Cooper Smith/Zenith Group LLC, Richard Tasker, M. Jed Cooper, and M. Gregg Smith, whose office is in San Diego, California, hereby request that the Court allow their telephonic participation at the Case Management Conference in this case on May 26, 2006.

///
///
///
///

The undersigned counsel of record will be available on the day of the hearing at land line number (619) 239-4340 from 10:15 a.m. until it receives the Court's call.

BACALSKI & OTTOSON, LLP.

Dated: May 18, 2006

*[signature: Paul Johnson]*

A. Daniel Bacalski, Jr.
Paul C. Johnson, Jr.
Douglas A. Dube
Attorney for Defendants Zenith, Tasker, Cooper, Smith

ORDER

Good cause appearing, defendants' request is hereby GRANTED. All parties shall appear telephonically at the May 26, 2006 case management conference.

DATED: May 19, 2006

*[signature: Maxine M. Chesney]*
UNITED STATES DISTRICT JUDGE