1  A. DANIEL BACALSKI, JR., ESQ. (SB #056488)
   PAUL C. JOHNSON, JR., ESQ. (SB #189311)
2  DOUGLAS A. DUBÉ, ESQ. (SB #177674)
   **BACALSKI & OTTOSON, LLP**
3  402 West Broadway, 24th Floor
   P.O. Box 120270
4  San Diego, CA 92112-0270

5  619-239-4340/Fax 619-239-0116                                    **E-FILING**

6  Attorneys for Defendants ZENITH CAPITAL, LLC;
   TASKER COOPER SMITH/ZENITH GROUP, LLC;
7  RICK TASKER; JED COOPER; and GREGG SMITH

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  EDMOND BEDROSSIAN and JASMINE        ) Case No. C 04 3112 MMC
    BEDROSSIAN, individually and as Co-  )
13  trustees of the EDMOND BEDROSSIAN &  ) **STIPULATION FOR TELEPHONIC**
    JASMINE BEDROSSIAN FAMILY TRUST,    ) **APPEARANCE AT CASE**
14                                       ) **MANAGEMENT CONFERENCE AND**
                 Plaintiffs,             ) [PROPOSED] **ORDER THEREON**
15                                       )
           v.                            ) DATE:    August 18, 2006
16                                       ) TIME:    10:30 a.m.
    RICHARD TASKER, ZENITH CAPITAL       ) CTRM:    7, 19th Floor
17  LLC, TASKER COOPER SMITH/ZENITH      ) JUDGE:   Hon. Maxine M. Chesney
    GROUP LLC, JED COOPER, GREGORY       )
18  SMITH, and WEALTH MANAGEMENT         )
    CONSULTANTS, LLC,                    )
19                                       )
                 Defendants.             )
20  _____ )

21  **TO THE COURT AND ALL INTERESTED PERSONS:**

22         PLEASE TAKE NOTICE that all remaining parties in this action hereby stipulate

23  and agree to appear telephonically for the Case Management Conference scheduled to

24  take place at 10:30 a.m. on August 18, 2006 in Courtroom 7 of the above-captioned

25  Court.  All parties so stipulate, and shall appear for the Case Management Conference

26  by and through their counsel.

27  / / /

28

BACALSKI & OTTOSON, LLP
402 West Broadway, 24th Floor
Post Office Box 120270
San Diego, CA  92112-0270
(619) 239-4340

STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER THEREON

**IT IS SO STIPULATED.**

                    LUCE, FORWARD, HAMILTON & SCRIPPS, LLP

Dated: August ___, 2006

                  ___/S/_____
                  Gerald M. Murphy
                  Attorneys for Plaintiffs Edmond Bedrossian and
                  Jasmine Bedrossian, individually and as Co-Trustees
                  of the Edmond Bedrossian & Jasmine Bedrossian
                  Family Trust


                  BACALSKI & OTTOSON, LLP.

Dated: August 15, 2006    ____/S/_____
                  A. Daniel Bacalski, Jr.
                  Paul C. Johnson, Jr.
                  Douglas A. Dube
                  Attorney for Defendants Zenith,
                  Tasker, Cooper, Smith

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                            **[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: August 16, 2006        _Maxine M. Chesney_____
                          United States District Judge

BACALSKI & OTTOSON, LLP
402 West Broadway, 24th Floor
Post Office Box 120270
San Diego, CA 92112-0270
(619) 239-4340