| | |
|---|---|
| A. DANIEL BACALSKI, JR.<br>BACALSKI & OTTOSON, LLP<br>402 W. BROADWAY, 24TH FLOOR<br>P.O. BOX 120270<br>SAN DIEGO, CA  92112-0270<br>619-239-4340 | |

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND BEDROSSIAN | CASE NUMBER:<br><br>C 04 3112 MMC |
| v.                      Plaintiff(s)<br><br>RICHARD TASKER<br><br>                         Defendant(s) | ORDER APPROVING REQUEST FOR<br><br>SUBSTITUTION OF ATTORNEY |

RICHARD TASKER                        [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes  HISMELF _____ who is

[ ] Retained Counsel   [ ] Court Appointed Counsel   [X] Pro Per   181 CONCOURSE DRIVE, SUITE B
                                                                                                                       *Street Address*

SANTA ROSA, CA  95403                   707-524-5800                 707-522-6274                 _____
*City, State, Zip Code*                     *Telephone Number*           *Facsimile Number*           *State Bar Number*

as attorney of record in the place and stead of   A. DANIEL BACALSKI, JR.
                                                                                    *Present Attorney*

Dated: AUGUST 10, 2006                            _____
                                                                      *Signature of Party*
                                                               RICHARD TASKER

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: JULY 31, 2006                                _____
                                                                     *Signature of Present Attorney*
                                                               A. DANIEL BACALSKI, JR.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: _____                 _____
                                                                      *Signature of New Attorney*

Substitution of Attorney is hereby  [X] Approved.   [ ] Denied.

Dated: August 24, 2006                              _____
                                                              United States District Judge / ~~Magistrate Judge~~

**NOTICE TO COUNSEL:**  *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form **G-76** to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                                                                                           G01