IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND BEDROSSIAN, et al., | No. C-04-3112 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| RICHARD TASKER, et al., | |
| Defendants / | |

   Before the Court is the parties' Joint Case Management Conference Statement, filed June 21, 2007.

   In light of the parties' representation that they have settled the instant action and are in the process of obtaining the necessary signatures for the settlement agreement, the Court hereby CONTINUES the Case Management Conference from June 29, 2007 to August 31, 2007, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than August 24, 2007.

   **IT IS SO ORDERED.**

Dated: June 25, 2007

_____
MAXINE M. CHESNEY
United States District Judge