UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND BEDROSSIAN and JASMINE BEDROSSIAN, individually and as Co-trustees of the EDMOND BEDROSSIAN & JASMINE BEDROSSIAN FAMILY TRUST,<br><br>   Plaintiffs,<br><br>   v.<br><br>RICHARD TASKER, ZENITH CAPITAL LLC, TASKER COOPER SMITH/ZENITH GROUP LLC, JED COOPER, GREGORY SMITH, and WEALTH MANAGEMENT CONSULTANTS, LLC,<br><br>   Defendants. | Case No. C 04 3112 MMC<br><br>[PROPOSED] ORDER DETERMINING SETTLEMENT TO BE IN GOOD FAITH ; VACATING HEARING |

Before the Court is Defendants' Notice of Settlement and of Application for Determination ~~This matter came on for hearing on August 31, 2007, in Courtroom 7 of the above~~ of Good Faith Settlement, filed July 27, 2007. Upon consideration of the moving papers, the Court ~~captioned Court. Plaintiffs were represented by Gerald M. Murphy, Esq., of Luce, Forward,~~ deems the matter suitable for decision thereon, VACATES the hearing scheduled for August 31, ~~Hamilton, and Scripps, and Defendants Zenith Capital, LLC., Tasker Cooper Smith/Zenith~~ 2007, and rules as follows: ~~Group, LLC, M. Jed Cooper, and M. Gregory Smith were represented by Paul C. Johnson, Jr. of Bacalski, Ottoson & Dubé, LLP.~~

~~Upon consideration of the moving papers, and after hearing the comments of counsel,~~

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  The motion of Defendants Zenith Capital, LLC., Tasker Cooper Smith/Zenith

Page 1 of 2

BACALSKI, OTTOSON & DUBÉ, LLP
402 West Broadway, 24th Floor
Post Office Box 270
San Diego, CA  92112-0270
(619) 239-4340

[PROPOSED] ORDER          Case No. 04 3112 MMC

1  Group, LLC, M. Jed Cooper, and M. Gregory Smith for an order finding the settlement
2  between Plaintiffs and Defendants Zenith Capital, LLC., Tasker Cooper Smith/Zenith
3  Group, LLC, M. Jed Cooper, and M. Gregory Smith to be in good faith is GRANTED;

4      2.    The settlement entered into between Plaintiffs and Defendants Zenith
5  Capital, LLC., Tasker Cooper Smith/Zenith Group, LLC, M. Jed Cooper, and M. Gregory
6  Smith, is in good faith pursuant to California Code of Civil Procedure section 877.6(a)(2)
7  and *Tech-Bilt v. Woodward Clyde and Associates* (1985) 38 Cal. 3d 488;

8      3.    That this good faith settlement shall bar all other joint tortfeasors from any
9  claims, past, present or future, against Defendants Zenith Capital, LLC., Tasker Cooper
10 Smith/Zenith Group, LLC, M. Jed Cooper, and M. Gregory Smith for equitable comparative
11 contribution, or partial or comparative indemnity, based on comparative negligence or
12 comparative fault.  Defendants Zenith Capital, LLC., Tasker Cooper Smith/Zenith Group,
13 LLC, M. Jed Cooper, and M. Gregory Smith are hereby discharged from any and all further
14 liability with respect to any cross-complaint for contribution, indemnity, comparative fault,
15 costs, expenses, attorney's fees, and other contribution.

17  IT IS SO ORDERED:

19  DATED: August 24, 2007    _____
                              UNITED STATES DISTRICT JUDGE

BACALSKI, OTTOSON & DUBE´, LLP
402 West Broadway, 24th Floor
Post Office Box 270
San Diego, CA  92112-0270
(619) 239-4340

Page 2 of 2

[PROPOSED] ORDER      Case No. 04 3112 MMC