A. DANIEL BACALSKI, JR., ESQ. (SB #056488)
DOUGLAS A. DUBÉ, ESQ. (SB #177674)
PAUL C. JOHNSON, JR., ESQ. (SB #189311)
**BACALSKI, OTTOSON & DUBÉ, LLP**
402 West Broadway, 24th Floor
P.O. Box 120270
San Diego, CA 92112-0270

619-239-4340/Fax 619-239-0116

Attorneys for Defendants ZENITH CAPITAL, LLC;
TASKER COOPER SMITH/ZENITH GROUP, LLC;
JED COOPER; and GREGG SMITH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND BEDROSSIAN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>RICHARD TASKER, et al.,<br><br>            Defendants. | Case No. C 04 3112 MMC<br><br>**STIPULATION TO HOLD CONCURRENT MOTION HEARING AND CASE MANAGEMENT CONFERENCE** ~~AND PROPOSED ORDER THEREON~~ ; ORDER DENYING STIPULATION AS MOOT |

The parties, by and through counsel and in propria persona, do hereby agree and stipulate as follows:

1.   WHEREAS, Defendants Zenith Capital, LLC, Tasker Cooper Smith/Zenith Group, LLC, M. Jed Cooper, and M. Gregory Smith have filed a motion for determination of good faith settlement in the above-captioned matter; and

2.   WHEREAS, the Court has set the hearing on the motion for August 31, 2007 at 9:00 a.m.; and

3.   WHEREAS, the Case Management Conference in this matter is scheduled for August 31, 2007 at 10:30 a.m.; and

4.   WHEREAS, the parties intend to appear telephonically at the Case Management Conference pursuant to the Court's previous order on file herein; and

Page 1 of 3

BACALSKI, OTTOSON & DUBÉ, LLP
402 West Broadway, 24th Floor
Post Office Box 120270
San Diego, CA 92112-0270
(619) 239-4340

STIPULATION TO HOLD CONCURRENT MOTION HEARING AND CASE MANAGEMENT
CONFERENCE AND PROPOSED ORDER THEREON

1     5.    WHEREAS, to obviate the need for the parties to appear personally at the hearing on the motion for good faith settlement and/or for the Court to initiate two separate calls for the same case;

IT IS HEREBY AGREED AND STIPULATED that the hearing on the pending motion for good faith settlement and the Case Management Conference in this matter be held concurrently, at 9:00 a.m. on August 31, 2007.

Dated: August 23, 2007

LUCE, FORWARD, HAMILTON & SCRIPPS, LLP

_____
Gerald M. Murphy
Attorneys for Plaintiffs

Dated: August 23, 2007

BACALSKI, OTTOSON & DUBÉ, LLP

/s/
_____
A. Daniel Bacalski, Jr.
Paul C. Johnson, Jr.
Douglas A. Dube
Attorneys for Defendants Zenith, Cooper, Smith

Dated: August 23, 2007

/s/
_____
Rick L. Tasker
Defendant in Pro Per

## ORDER

By separate order filed concurrently herewith, the Court has vacated the hearing on the motion for good faith determination and granted said motion. Accordingly, the case management conference, if necessary, shall be conducted at 10:30 a.m. In the event plaintiffs file a dismissal of the above-titled action before August 31, 2007, however, the case management conference will be vacated.

Dated: August 24, 2007

_____
UNITED STATES DISTRICT JUDGE

BACALSKI, OTTOSON & DUBÉ, LLP
402 West Broadway, 24th Floor
Post Office Box 120270
San Diego, CA 92112-0270
(619) 239-4340

STIPULATION TO HOLD CONCURRENT MOTION HEARING AND CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER THEREON