IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND BEDROSSIAN, et al., | No. C 04-3112 MMC |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| RICHARD TASKER, et al., | |
| Defendants / | |

The parties having advised the Court that they have agreed to a settlement of the above-titled action,

IT IS HEREBY ORDERED that plaintiffs' claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

The Case Management Conference scheduled for August 31, 2007 is VACATED.

**IT IS SO ORDERED.**

Dated: August 28, 2007

MAXINE M. CHESNEY
United States District Judge